IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | REDACTED |
| ) | |
| v. ) | |
| ) | Criminal Action No. 07- 86- UNA |
| ARMANDO SAUCEDO-LOZANO, ) | |
| aka Thomas Estuopina ) | |
| ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about June 20, 2007, in the District of Delaware, ARMANDO SAUCEDO-LOZANO, the defendant, an alien and subject of Mexico, who had been removed from the United States on or about February 11, 2003, was found in the United States, the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
for  Ilana H. Eisenstein                    Dated:
    Assistant United States Attorney