IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07- 86-UNA |
| | ) | |
| ARMANDO SAUCEDO-LOZANO | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Armando Saucedo-Lozano as a result of the Indictment returned against him on June 26, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/ I H S
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, this __24__ day of __June__, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Armando Saucedo-Lozano.

Honorable Mary Pat Thynge
United States Magistrate Judge