IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 07-86-GMS |
| ARMANDO SAUCEDO-LOZANO, ) | |
| aka Thomas Estuopina ) | |
| ) | |
| Defendant ) | |

## MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on July 11, 2007, and no motions have been filed by the defense. No other motions are currently pending before this Court.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of filing of this Motion, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: July 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 07-86-GMS |
| ARMANDO SAUCEDO-LOZANO, | ) | |
| aka Thomas Estuopina | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between July 23, 2007, and

_____, shall be excludable under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8).

                                                                        Honorable Gregory M. Sleet
                                                                       United States District Court Judge

Dated:

## CERTIFICATE OF SERVICE

I, Sherry A. Kaminski, an employee with the United States Attorney's Office, hereby certify that on July 23, 2007, I electronically filed the foregoing:

**MOTION FOR SCHEDULING CONFERENCE**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

>Eleni Kousoulis, Esq.
>Office of the Federal Public Defender
>District of Delaware
>704 King St., Suite 110
>Wilmington, DE 19801

*/s/ Sherry Kaminski*