IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 07-86-GMS |
| ARMANDO SAUCEDO-LOZANO, ) | |
| aka Thomas Estuopina ) | |
| ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that a scheduling conference is set for July 30, 2007 @ 10:00 am

As a continuance would serve the interests of justice, the time between July 23, 2007, and July 30, 2007, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Honorable Gregory M. Sleet
United States District Court Judge

Dated: July 25, 2007



FILED

JUL 2 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE