AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

ARMANDO SAUCEDO-LOZANO

**WARRANT FOR ARREST**

Case Number:    CR 07-86 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __ARMANDO SAUCEDO-LOZANO__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

RE-ENTRY AFTER DEPORTATION

FILED
AUG - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___

PETER T. DALLEO
Name of Issuing Officer

_Evette Walaos_, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED 6-27-07 | NAME AND TITLE OF ARRESTING OFFICER William David DUSM | SIGNATURE OF ARRESTING OFFICER William [signature] |
| DATE OF ARREST 6-27-07 | | |