UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-86-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ARMANDO SAUCEDO-LOZANO | : | |
| a/ka/ THOMAS ESTUOPINA, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang in place of Ilana H. Eisenstein as attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: August 23, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLY
                                              United States Attorney

                                              /s/ Seth M. Beausang
                                              Seth M. Beausang (DE I.D. No. 4071)
                                              Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              P.O. Box 2046
                                              Wilmington, Delaware 19899-2046
                                              (302) 573-6277, ext. 149
                                              (302) 573-6220 (fax)

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 23rd day of August, 2007, I caused a copy of the United States' Entry of Appearance and Substitution of Counsel to be served on the following counsel for Defendant by electronic filing:

Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010

                                        /s/ Seth M. Beausang
                                    Seth M. Beausang (DE I.D. No. 4071)